Ronald P. Oines (State Bar No. 145016)
E-mail: roines@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 641-5100
Facsimile: (714) 546-9035

Gerald Levy (*pro hac vice to be filed*)
E-mail: glevy@daypitney.com
Richard H. Brown (*pro hac vice to be filed*)
E-mail: rbrown@daypitney.com
DAY PITNEY LLP
7 Times Square
New York, New York 10036

Attorneys for Defendant
Brother International Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DISTRICT

| | |
|---|---|
| KORNIT DIGITAL LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALL AMERICAN MANUFACTURING & SUPPLY COMPANY; ANAJET, INC.; BELQUETTE, INC.; BROTHER INTERNATIONAL CORPORATION' EXPAND SYSTEMS, LLC; INTERNATIONAL DECORATING TECHNOLOGIES, LLC; INTERNATIONAL MACHINE GROUP INC.; M&R SALES AND SERVICES; MELCO INDUSTRIES, INC.; MESA DISTRIBUTORS, INC.; MS PRINTING SOLUTIONS USA; AND OMNIPRINT INTERNATIONAL, | CASE NO. SACV 09-0689 AJG (MLGx)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY PENDING ITS REQUEST TO REEXAMINE THE PATENT-IN-SUIT**<br><br>Hearing Date: January 11, 2010<br>Time:　10:00 a.m.<br>Ctrm:　10D<br>Hon. Andrew J. Guilford |

1 | INC.
2 |               Defendants.

3     TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF
4 RECORD:

5     **PLEASE TAKE NOTICE** that on **January 11 2010**, at **10:00 a.m.**, or as
6 soon thereafter as the matter may be heard, in Courtroom 10D of the above-
7 captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701,
8 defendant Brother International Corporation ("BIC") will, and hereby does, move
9 this Court for an Order staying this matter pending BIC's Request for
10 Reexamination of the Patent-in-suit. This Motion is based on this Notice of Motion
11 and Motion, the accompanying Memorandum of Points and Authorities and
12 Declaration of Richard H. Brown, and any other matters the Court may consider
13 in connection with this Motion.

14     This motion is made following the conference of counsel pursuant to L.R.
15 7-3, which took place on October 2, 2009.

16 Dated: December 14, 2009         RUTAN & TUCKER, LLP
17                                           RONALD P. OINES

18                                           DAY PITNEY LLP
19                                           GERALD LEVY
20                                           RICHARD H. BROWN

21                                           By:   /s/ Ronald P. Oines
22                                                      Ronald P. Oines
23                                           Attorneys for Defendant
                                            Brother International Corporation

24
25
26
27
28