Ronald P. Oines (State Bar No. 145016)
E-mail: roines@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 641-5100
Facsimile: (714) 546-9035

Gerald Levy (*pro hac vice to be filed*)
E-mail: glevy@daypitney.com
Richard H. Brown (*pro hac vice to be filed*)
E-mail: rbrown@daypitney.com
DAY PITNEY LLP
7 Times Square
New York, New York 10036

Attorneys for Defendant
Brother International Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DISTRICT

| | |
|---|---|
| KORNIT DIGITAL LTD.<br>　　　　Plaintiff,<br>vs.<br>ALL AMERICAN MANUFACTURING & SUPPLY COMPANY; ANAJET, INC.; BELQUETTE, INC.; BROTHER INTERNATIONAL CORPORATION'; EXPAND SYSTEMS, LLC; INTERNATIONAL DECORATING TECHNOLOGIES, LLC; INTERNATIONAL MACHINE GROUP INC.; M&R SALES AND SERVICES; MELCO INDUSTRIES, INC.; MESA DISTRIBUTORS, INC.; MS PRINTING SOLUTIONS USA; AND OMNIPRINT INTERNATIONAL, INC.<br>　　　　　　　　Defendants. | CASE NO. SACV 09-0689 AJG (MLGx)<br><br>**DECLARATION OF RICHARD H. BROWN IN SUPPORT OF DEFENDANT'S MOTION TO STAY PENDING ITS REQUEST TO REEXAMINE THE PATENT-IN-SUIT**<br><br>Hearing Date: January 11, 2010<br>Time: 10:00 a.m.<br>Ctrm: 10D<br>Hon. Andrew J. Guilford |

I, Richard H. Brown, hereby certify as follows:

1. I am a member of the law firm of Day Pitney LLP, which, along with Rutan & Tucker, represents Defendant Brother International Corporation ("BIC") in the above-referenced matter. I submit this Declaration in support of BIC's Motion to Stay Pending Its Requests to Reexamine The Patent-In-Suit. The facts and circumstances herein are based on my personal knowledge or upon my review of documents related to this matter.

2. In June 2009, Plaintiff Kornit Digital Ltd. ("Plaintiff" or "Kornit") brought this action alleging that BIC, among other defendants, infringes United States Patent No. 7,134,749 ("the '749 patent"). The '749 patent issued on November 14, 2006, and is entitled "Method for Image Printing on a Dark Textile Piece." Attached hereto as Exhibit A is a true and correct copy of the '749 patent.

3. In the Complaint, Kornit does not specify the claims of the '749 patent it alleges against BIC.

4. In its answer, BIC has asserted various defenses and counterclaims, including that the '749 patent is invalid under 35 U.S.C. §§ 101, 102, 103, and 112.

5. On November 30, 2009, BIC filed a request for *ex parte* reexamination of all seven claims of the '749 patent ("Reexamination Request").

Attached hereto as Exhibit B is a true and correct copy of the Reexamination Request.

6. The parties agreed that BIC would have a 60-day extension to answer the Complaint pending settlement discussions, and that BIC would not file its Reexamination Request during the extension of the time to file its answer. A Stipulation and Order to that effect was entered on October 23, 2009. (See Docket Entry No. 33). Shortly after BIC notified Kornit that a settlement was not reasonably foreseeable, BIC filed the Reexamination Request.

7. Attached hereto as Exhibit C is a true and correct copy of United States Patent and Trademark Office *Ex Parte* Reexamination Filing Data – September 30, 2009, *available at* www.uspto.gov.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2009.

_____
RICHARD H. BROWN