Name and address

BRACEWELL & GIULIANI LLP
Michael D. Pegues
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Telephone: 214-468-3800
Facsimile: 214-758-8391

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KORNIT DIGITAL LTD. Plaintiff(s) v. ALL AMERICAN MANUFACTURING & SUPPLY COMPANY; et al. Defendant(s). | CASE NUMBER SACV09-0689 AG (MLGx) REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

MESA DISTRIBUTORS, INC.   ☐ Plaintiff  ☑ Defendant  ☒ Other Counter-Claimant
Name of Party

hereby request the Court approve the substitution of Omid E. Khalifeh
                                                        New Attorney
as attorney of record in place and stead of Michael D. Pegues
                                             Present Attorney

Dated 2/25/2011

Signature of Party/Authorized Representative of Party

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 2/25/2011

Signature of Present Attorney

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 2.25.2011

Signature of New Attorney

CA 267340
State Bar Number

---

If party requesting to appear Pro Se:

Dated _____

Signature of Requesting Party

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)         REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY