THE BURDGE LAW FIRM
A Professional Corporation
Richard J. Burdge, Jr., SBN 89504
richard@richardburdgelaw.com
500 S. Grand Avenue, Suite 1500
Los Angeles, CA 90071-2609
(213) 402-9590
(213) 7452-1333 facsimile

JS - 6

Attorneys for Plaintiff KORNIT DIGITAL LTD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORNIT DIGITAL LTD,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALL AMERICAN MANUFACTURING & SUPPLY COMPANY; et al.<br><br>　　　　　　　Defendant.<br>_____<br>ALL AMERICAN MANUFACTURING & SUPPLY COMPANY,<br><br>　　　　　　　Counterclaimant,<br><br>　vs.<br><br>KORNIT DIGITAL LTD.,<br><br>　　　　　　　Counterdefendant<br>_____ | CASE NO.:  SACV09-0689 AG ( MLGx)<br><br>[Assigned to Hon. Andrew J. Guilford]<br><br>**ORDER ON JOINT STIPULATION DISMISSING WITH PREJUDICE ALL PARTIES** |

　　　The parties having entered into, agreed upon, and submitted a Joint Stipulation Dismissing With Prejudice All Parties,

///

///

1

**ORDER**　　　　　　　　　　　　**SACV 09-0689 AG (MLGx)**

1  IT IS HEREBY ORDERED that the present case be dismissed with prejudice
2  and all parties to bear their own costs and fees.

4  DATED: June 29, 2011

```
                                        _____
                                        ANDREW J. GUILFORD
                                        JUDGE OF THE UNITED STATES
                                         DISTRICT COURT
```